U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2005 OCT 28 PM 4 40

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| WILLIAM J. CARDINAL,<br>    Plaintiff,<br><br>    v.<br><br>VILLAGE OF ESSEX JUNCTION<br>and RAYMOND WEED, personally<br>and in his official capacity as Chief<br>OF THE ESSEX JUNCTION FIRE<br>DEPARTMENT,<br>    Defendants. | )<br>)<br>)<br>)  Civil Case No. 2:05-CV-045<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF AMENDMENT AND DISMISSAL

NOW COME the Parties, by and through their counsel of record, and hereby stipulate and agree as follows:

That all claims against Raymond Weed, whether in his individual or official capacities, shall be dismissed <u>with prejudice</u> and that said dismissal shall be without monetary payment, admission, or other consideration on the part of Raymond Weed. This voluntary dismissal is a final order pursuant to F.R.C.P. 54(b). Further, that the caption shall be amended to delete all references to Raymond Weed as a defendant in this action.

WILLIAM J. CARDINAL

/0-26-05
Date

BY: _____
Attorney for Plaintiff
Beth A. Danon, Esq.



McNEIL,
LEDDY &
SHEAHAN
BURLINGTON, VERMONT 05401

VILLAGE OF ESSEX JUNCTION and
RAYMOND WEED

10-05-05  BY: _____
Date        Nancy G. Sheahan, Esq.
            Attorney for Defendants

**APPROVED AND SO ORDERED:**

10/27/05   _____
Date       U.S. District/Magistrate Judge

400000-203

McNEIL,
LEDDY &
SHEAHAN
BURLINGTON, VERMONT 05401